# UNITED STATES DISTRICT COURT
## District of Minnesota

Jesus Nazareno Toapanta Toapanta,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-453 PAM/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

Date: 2/6/2026

KATE M. FOGARTY, CLERK